IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| PAULINE TAMNU, | * | |
| | * | |
| Petitioners, | * | |
| | * | Civil Action No. GLR-26-695 |
| v. | * | |
| KRISTI NOEM, et al., | * | |
| Respondents. | * | |
| | *** | |

## **ORDER**

Upon consideration of Petitioner Pauline Tamnu's Petition for Writ of Habeas Corpus filed on February 20, 2026 (ECF No. 1), the Court orders the parties to consult with one another and file either a joint briefing schedule or a Joint Notice informing the Court of the Parties' desired course of action by February 25, 2026. All remaining conditions related to removal of Petitioner will remain in place pending the expedited briefing and disposition of this matter.

So ordered this 20th day of February, 2026.

_____/s/_____
George L. Russell, III
Chief United States District Judge