# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Pauline Tamnu, | * | |
| Petitioner, | * | |
| v. | * | Case No. 1:26-cv-00695-GLR |
| Kristi Noem et al., | * | |
| Respondents. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, the previous opinions of this Court in *Velasquez v. Noem*, No. GLR-25-cv-3215, 2025 WL 3003684 (D. Md. Oct. 27, 2025); *Villanueva Funes v. Noem*, No. 25-cv-3860-TDC, 2026 WL 92860 (D. Md. Jan. 13, 2026) and *Leal-Hernandez v. Noem*, No. 1:25-CV-02428-JRR, 2025 WL 2430025, at *8 (D. Md. Aug. 24, 2025), the reasoning of the Central District of California in *Maldonado Bautista v. Noem*, 5:25-CV-01873-SSS-BFM, 2025 WL 3678485 (C.D. Cal. Dec. 18, 2025), and notwithstanding the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496 (5th Cir. Feb. 6, 2026), I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and Respondents are enjoined from detaining Petitioner under 8 U.S.C. § 1225(b);

2. Petitioner is entitled to a bond hearing consistent with 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d), and a bond hearing shall be held within 10 days of Petitioner's filing of a motion

with the Immigration Court with a meaningful consideration of the applicable, relevant factors;

3. If bond is granted and petitioner is released, nothing in this Court's order precludes ICE from imposing reasonable conditions of release; and

4. The Parties shall provide the Court with a Status Report within 14 days of this Order.

**ORDERED** that the Court shall **RETAIN** jurisdiction of this matter to enforce compliance with this Order.

Dated: 2/25/26

_____
The Honorable George Levi Russell, III
Chief United States District Court Judge